

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2021

No. 04-20-00447-CV

**ALPHA SECURITIES, LLC**,
Appellant

v.

**CITY OF FREDERICKSBURG**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15377
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The panel has considered the appellee's motion for rehearing, and the motion is DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court